

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/18
```

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 15, 2018

*So ordered
8-16-18
[signature] AKH*

VIA ECF AND FACSIMILE (212-805-7942)

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Room 1050
500 Pearl Street
New York, NY 10007-1312

RE: *GREEN V. HARBACH*, 17 CIV. 6984 (AKH/DCF)

Dear Judge Hellerstein:

This firm represents Plaintiff Charles C. Green ("Green") in the above action. Pursuant to Rule 1.D of the Court's Individual Rules, we write regarding the motion for attorneys' fees (the "Attorneys' Fees Motion") filed on August 8, 2018 by Defendant Chad D. Harbach ("Harbach"). (Dkt. No. 34.)

Green's opposition in response to the Attorneys' Fees Motion is currently due on August 22, 2018. As the Court may be aware, Green also filed a motion to defer consideration of the attorneys' fees issue until after the appeal is resolved (Dkt. No. 37), and Harbach's opposition to that motion is due on August 23, 2018. In the event that the Court does not decide the motion to defer consideration until after August 22 (or the Court denies the motion to defer consideration before then), Green opposition to the Attorneys' Fees Motion would be due on August 22.

The undersigned counsel for Green has a conflict because of two previously scheduled expert depositions in another matter and the preparation of an opposition to the Attorneys' Fees Motion would also interfere with the drafting of Green's initial appellate brief, which is due on August 28, 2018. Under the circumstances, Green respectfully requests that the Court extend the deadline for the opposition to the Attorneys' Fees Motion to **September 10, 2018**.

Counsel for Harbach has consented to an extension to September 10 and has also requested an extension of the date for Harbach's reply papers on the Attorneys' Fees Motion to **September 24, 2018**. Green does not object to such an extension.

The only previous extension relating to the Attorneys' Fees Motion was Harbach's request to file the initial motion on August 8, 2016, which the Court granted. The extensions requested herein do not affect any other deadlines in this action.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Shanghai FTZ Zagreb. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

\\NY - 049398/000001 - 9181120 v1

Honorable Alvin K. Hellerstein　　　　　- 2 -　　　　　August 15, 2018

Respectfully submitted,

*/s Pieter Van Tol*

Pieter Van Tol

Partner
pieter.vantol@hoganlovells.com
D 212-909-0661

cc:　Elizabeth A. McNamara, Esq.