UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
CHARLES C. GREEN, :
:
                Plaintiff, :
:
     v. : 17 Civ. 6984 (AKH/DCF)
:
CHAD D. HARBACH, :
:
                Defendant. :
:
------------------------------------------------------------x

## STIPULATION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED among the undersigned that, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York and effective upon the Order of the Court, (1) Pieter Van Tol of Hogan Lovells US LLP will withdraw as counsel for Plaintiff Charles C. Green ("Green") in the above-captioned matter; and (2) Jane Halpern, Esq. will be substituted in as counsel for Green and will be served with all papers in this action.

Pursuant to Local Rule 1.4, current counsel is not required to submit an affidavit in support of the withdrawal in light of the stipulation among the parties and Green.

Dated: February 28, 2019

HOGAN LOVELLS US LLP

By: *Pieter Van Tol* (signature)

Pieter Van Tol
875 Third Avenue
New York, New York 10022
Tel: (212) 909-0661
pieter.vantol@hoganlovells.com

*Outgoing Attorneys for Plaintiff*
*Charles C. Green*

JANE HALPERN, ESQ.

By: (signature)

440 East 79th Street, 12-G
New York, New York 10075
Tel: 917-670-0252
jhalper@aol.com

*Incoming Attorney for Plaintiff*
*Charles C. Green*

CHARLES C. GREEN

By: (signature)

*Plantiff*

DAVIS WRIGHT TREMAINE LLP

By: (signature)

Elizabeth A. McNamara
Adam M. Lazier
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Tel: (212) 603-6437
lizmcnamara@dwt.com
AdamLazier@dwt.com

*Attorneys for Defendant*
*Chad D. Harbach*

SO ORDERED:

_____

U.S.D.J.

\\NY - 049998/000001 - 9718801 v1