UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CHARLES C. GREEN,

      Plaintiff,

   - against -

CHAD D. HARBACH,

      Defendant.
---------------------------------------------------------------- x

Civil Action No.: 17 Civ. 6984 (AKH)

# NOTICE OF RENEWED MOTION BY DEFENDANT CHAD HARBACH FOR AN AWARD OF ATTORNEYS' FEES

PLEASE TAKE NOTICE that, upon the annexed Declaration of Elizabeth A. McNamara dated March 20, 2019, the exhibits annexed thereto, the accompanying Memorandum of Law, and all pleadings herein, Defendant Chad Harbach hereby moves before the Honorable Alvin K. Hellerstein, United States District Judge, Southern District of New York, for an order pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d) for an award of attorneys' fees, as the prevailing party in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's order dated February 28, 2019, Dkt. 50, Plaintiff's opposition papers are due April 17, 2019, and Defendant's reply papers are due May 1, 2019.

Dated: New York, New York
      March 20, 2019

                                  Respectfully submitted,

                                  DAVIS WRIGHT TREMAINE LLP

                                  By:  /s/ Elizabeth A. McNamara
                                  Elizabeth A. McNamara
                                  Adam Lazier
                                  1251 Avenue of the Americas, 21st Floor
                                  New York, New York 10020
                                  Phone (212) 489-8230
                                  Fax (212) 489-8340
                                  Email:   lizmcnamara@dwt.com
                                                    adamlazier@dwt.com

                                  *Attorneys for Defendant Chad Harbach*